EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
MERCEDES MOLINA, acusado y apelante.

No. 4895.—*Sometido:* Diciembre 2, 1932. *Resuelto:* Diciembre 23, 1932.

A. *García Veve*, abogado del apelante; *R. A. Gómez, Fiscal*, abogado
de *El Pueblo*, apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del
tribunal.

Mercedes Molina fué convicto de infringir la sección pri-
mera de la ley para impedir la crueldad con los animales,
aprobada el 10 de marzo de 1904 (Estatutos de 1911, sección
98). El único señalamiento es que la corte de distrito co-
metió error al apreciar la prueba y al declarar culpable al
acusado.

██ Hubo prueba tendente a demostrar que el motivo
que indujo al acusado fué proteger la propiedad de sus pa-
tronos, más bien que el vengarse del animal en cuestión, una
puerca. El motivo fué una cuestión de hecho y el juez senten-
ciador no parece haber estado actuando bajo impresión
errónea respecto a la ley aplicable a tal cuestión. Aun si se
admitiera para los fines de la argumentación que pudo haber
sido necesario matar la puerca a fin de proteger la propiedad
del patrono del acusado, no era necesario mutilar el animal y
dejarlo sufrir y finalmente morir, como murió. El acusado
mismo declaró que no fué su intención matar o herir la puerca,

mas fué ésa también una cuestión de hecho para el juez sentenciador.

*No hallamos error manifiesto en la apreciación de la prueba y la sentencia apelada debe ser confirmada.*